HOGAN v. FORSYTH COUNTRY CLUB CO.

No. 227P86.

Case below: 79 N.C. App. 483.

Petition by defendant for discretionary review under G.S. 7A-31 denied 2 July 1986.

IN RE APPEAL FROM ENVIRONMENTAL MANAGEMENT COMM.

No. 275P86.

Case below: 80 N.C. App. 1.

Petition by Cane Creek Conservation Authority and Teer Farms, Inc. for discretionary review under G.S. 7A-31 denied 2 July 1986.

IN RE APPEAL OF K-MART CORP.

No. 257PA86.

Case below: 79 N.C. App. 725.

Petition by K-Mart Corporation for discretionary review under G.S. 7A-31 allowed 2 July 1986.

IN RE COMPUTER TECHNOLOGY CORP.

No. 101P86.

Case below: 78 N.C. App. 402.

Petition by Computer Technology under G.S. 7A-31 and writ of supersedeas and temporary stay denied 2 July 1986. Notice of appeal by Computer Technology under G.S. 7A-30 dismissed 2 July 1986.

IN RE DIGITAL DYNAMICS CORP. AND CARPHONICS, INC.

No. 102P86.

Case below: 78 N.C. App. 442.

Petition by Digital Dynamics and Carphonics for discretionary review and writ of supersedeas and temporary stay denied 2 July 1986. Notice of appeal by Digital Dynamics and Carphonics under G.S. 7A-30 dismissed 2 July 1986.